UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUAN RAMON MARTINEZ,
    Petitioner,

v.                                      Case No.: 3:14mc48/MCR/EMT

UNITED STATES NAVY,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 5, 2016 (ECF No. 14). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Petitioner's "Motion for Subpoena of Documents or Information" (ECF

No. 1) is **DENIED** and this action is **DISMISSED**.

    3.    All pending motions are **DENIED as moot**.

**DONE AND ORDERED** this 9th day of May, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**